**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 24.188.116.61**

**ISP:** Optimum Online High Speed Internet Service
**Physical Location:** Long Beach, NY

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 09/04/2018 21:49:13 | 484FA88462A4177609A2F12E412BA1436F7316F3 | Teach Me About Sex |
| 07/12/2018 13:31:21 | FE9723DCA5FAB9D588827FA6166C6D5B01687500 | Sunset Love |
| 05/23/2018 13:21:40 | BCC6142F2347A53D8491834CCD2AE9C8DF7E816A | A Walk To Remember |
| 05/23/2018 13:21:35 | 7B01740E594797367F23601F27C10AA8ACD79499 | Invitation For Three |
| 04/02/2018 15:20:36 | FB435C0823E68E0D98356490932672C60A0117C3 | Never Have I Ever Had A Threesome Like This |
| 02/05/2018 14:50:35 | AF37820E0654C3C15F0DF7842E3CD7CCC9273E99 | Deeper and Deeper |
| 01/24/2018 16:37:18 | E632469E0FE020816BAA0E20B1483F6745114BB9 | Hot and Wet |

**Total Statutory Claims Against Defendant: 7**

EXHIBIT A

ENY140